UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  v.<br><br>MICHAEL EDWARD MESNER,<br><br>             Defendant. | No. CR-07-2049-FVS<br><br>ORDER MODIFYING CONDITIONS OF PROBATION |

**THIS MATTER** came before the Court for a hearing on August 2, 2007, pursuant to alleged violations of Defendant's conditions of probation.  Assistant United States Attorney James P. Hagarty appeared for Thomas J. Hanlon on behalf of the government.  The Defendant was present and represented by Kristine K. Olmstead.  This Order is intended to memorialize the Court's oral ruling.

The Defendant admits that the alleged violations of probation are true.  Pursuant to that admission, the Court finds and concludes that the allegations of probation violations are true.  Accordingly,

**IT IS HEREBY ORDERED:**

1. The Defendant shall remain on probation for a period of sixty (60) days.
2. The terms of the Defendant's probation are modified as follows:
    a. The Defendant shall report for urinalysis testing

ORDER MODIFYING CONDITIONS OF PROBATION - 1

                    on August 2, 2007.

        b. The Defendant shall report for urinalysis testing on one further occasion prior to the completion of the 60 days as directed by the probation officer.

        c. The Defendant shall complete forty (40) hours of community service.

        d. All other conditions of Defendant's probation shall remain the same.

3. A status hearing will be held on **September 13, 2007,** at **1:00 p.m.** in **Yakima, Washington**.  At that time, the Court intends to revoke the Defendant's probation and impose a period of 4 months incarceration with credit for time served.

4. Any violation of the conditions of probation set forth above shall constitute a separate violation of the Defendant's probation.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  7th  day of August, 2007.

                    s/ Fred Van Sickle
                       Fred Van Sickle
                United States District Judge

ORDER MODIFYING CONDITIONS OF PROBATION - 2